UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | NO. 26-10402-TWD |
| LOIS MIRIAM, LLC, | **ORDER GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL** |
| Debtor. | |

THIS MATTER comes before the Court upon the Debtor's *Emergency Motion for Order Authorizing Interim Use of Cash Collateral* (the "**Motion**"). Capitalized terms not defined herein shall have the meanings ascribed in the Motion.

THE COURT has reviewed and considered the Motion, the Declaration of Brian Smith, any and all exhibits thereto, any response in opposition to or support of the Motion, any reply thereto, all other relevant pleadings and papers filed in this action, and oral argument. The Court now deems itself fully advised and FINDS THAT:

A.      This Court has jurisdiction over these proceedings and the parties and property affected by this Order pursuant to 28 U.S.C. §§ 157(b) and 1334.  Consideration of the Motion

ORDER GRANTING EMERGENCY MOTION FOR
ORDER AUTHORIZING INTERIM USE OF CASH
COLLATERAL - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700 · fax 206 587 2308

Case 26-10402-TWD    Doc 11-1    Filed 02/11/26    Ent. 02/11/26 15:36:33    Pg. 1 of 3

constitutes a core proceeding as defined in 28 U.S.C. § 157.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

B.      The notice provided regarding the Motion constitutes sufficient and adequate notice to the appropriate parties under the particular circumstances of this case.  No other or further notice in connection with the entry of this Order is or shall be required.

C.      Any objections to the Motion, if not withdrawn, are hereby overruled.

D.      Amounts authorized to be expended prior to final hearing on use of cash collateral are necessary to avoid immediate and irreparable harm prior to the final hearing.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1.      The Motion is GRANTED on an interim basis pursuant to the terms and conditions of this order (this "**Interim Order**").

2.      Subject to the terms and conditions of this Interim Order, the Debtor is AUTHORIZED to use Cash Collateral pursuant to the Budget attached as **Appendix A** to this Interim Order.

3.      As adequate protection for the Debtor's use of the cash collateral on an interim basis, the Court grants OnDeck (the "**Secured Creditor**") replacement liens in the Debtor's post-petition cash, accounts receivable and inventory, and the proceeds of each of the foregoing, to the same extent and priority as any duly perfected and unavoidable liens in cash collateral held by the secured creditors as of the petition date, to the extent that any cash collateral of the Secured Creditor is actually used by the Debtor.

4.      Adequate protection payments in the amount of $1,000 a month are to be made to Secured Creditor pursuant to the Cash Collateral Budget.

5.      The provisions of this Interim Order are subject to a full reservation of rights with respect to the final cash collateral hearing, and nothing herein shall prevent a party in interest from seeking further relief under the Bankruptcy Code.

ORDER GRANTING EMERGENCY MOTION FOR
ORDER AUTHORIZING INTERIM USE OF CASH
COLLATERAL - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700  fax 206 587 2308

4898-5269-4925, v. 2

6. This Interim Order terminates on _____ ___, 2026, at 11:59 p.m. unless further extended by the Court.

7. That the final hearing on the Debtor's cash collateral motion will be held on _____, 2026. That Debtor shall file any supplemental budgets and supporting documentation and provide notice of the final hearing to creditors by _____, 2026. Objections to final use of cash collateral are due by _____, 2026.

/// END OF ORDER ///

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.


 /s/ Steven M. Palmer
Steven M. Palmer WSBA No. 48823
E-mail: spalmer@cairncross.com
Ryan R. Cole, WSBA No. 62066
Email: rcole@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Debtor

ORDER GRANTING EMERGENCY MOTION FOR
ORDER AUTHORIZING INTERIM USE OF CASH
COLLATERAL - 3

4898-5269-4925, v. 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700 : fax 206 587 2308