# Exhibit C

# Washington State Department of Licensing
## Uniform Commercial Code
### Debtor Information Search Report

.

**Search number:** 2026-042-1895-3S

**Name as provided:**

Organization: LOIS MIRIAM LLC (Debtor)

**Name searched:**

Organization: LOISMIRIAM

**Lien type searched:** All
**Lien status searched:** Unlapsed
**Search limited by:**
**Search logic used:** Standard

**Report:** 2/11/2026 2:07:39 PM
**Through date:** 2/10/2026

**Copies:**

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.

**Marcus J Glasper, Director**

PAGE 000001 OF 000003        2026-042-1895-3S

_____

1 of 4
Initial Financing Statement File Number: 2021-253-8703-9
Date and time filed: 9/10/2021 3:14:00 PM
Lapse date: 09/10/2026

(D)     H. BAKER'S LLC DBA BAKER'S / BAKER'S SUNSET HILL
        6408 32ND AVE NW
        SEATTLE, WA  98107     USA

(D)     H BAKERS LLC
        6408 32ND AVE NW
        SEATTLE, WA  98107     USA

(D)     BAKER'S SEATTLE
        6408 32ND AVE NW
        SEATTLE, WA  98107     USA

(D)     BAKER'S OR PINA TAQUERIA
        6408 32ND AVE NW
        SEATTLE, WA  98107     USA

(D)     LOIS MIRIAM LLC
        6408 32ND AVE NW
        SEATTLE, WA  98107     USA

(D)     SMITH, BRIAN,
        3706 42ND AVE SW
        SEATTLE, WA  98116     USA

(S)     CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
        PO Box 2576; UCCSPREP@cscglobal.com
        Springfield, IL  62708     USA

History:
Type of Record              Date & Time Filed      File#              #PGS
---------------             ----------------       -----              ----
Initial                     9/10/2021 3:14:00 PM   2021-253-8703-9    1
Amendment                   3/10/2022 6:58:00 AM   2022-069-3984-3    1
        (Termination)


        Authorizing Party
            CORPORATION SERVICE COMPANY, AS REPRESENTATIVE


_____

2 of 4
Initial Financing Statement File Number: 2023-248-7850-5
Date and time filed: 9/5/2023 4:36:00 PM
Lapse date: 09/05/2028

(D)     Lois Miriam LLC
        307 West McGraw Street
        Seattle, WA  98119     USA

(D)     Smith, Brian,
        3706 42nd Avenue SW

Seattle, WA  98116      USA

(S)     Corporation Service Company, As Representative
        P.O. Box 2576           uccsprep@cscinfo.com
        Springfield, IL  62708      USA

History:

| Type of Record | Date & Time Filed | File# | #PGS |
| -------------- | ----------------- | ----- | ---- |
| Initial | 9/5/2023 4:36:00 PM | 2023-248-7850-5 | 1 |
| Amendment (Termination) | 10/21/2024 9:08:00 AM | 2024-295-5683-4 | 1 |

        Authorizing Party
            Corporation Service Company, As Representative

_____

3 of 4
Initial Financing Statement File Number: 2025-114-5300-3
Date and time filed: 4/24/2025 5:06:00 AM
Lapse date: 04/24/2030

(D)     LOIS MIRIAM LLC
        307 W MCGRAW ST
        SEATTLE, WA  98119      USA

(S)     CHTD COMPANY
        P.O. BOX 2576
        Springfield, IL  62708      USA

History:

| Type of Record | Date & Time Filed | File# | #PGS |
| -------------- | ----------------- | ----- | ---- |
| Initial | 4/24/2025 5:06:00 AM | 2025-114-5300-3 | 1 |

_____

4 of 4
Initial Financing Statement File Number: 2025-253-3257-8
Date and time filed: 9/10/2025 9:56:00 AM
Lapse date: 09/10/2030

(D)     LOIS MIRIAM LLC
        3706 42ND AVE SW
        SEATTLE, WA  98116      USA

(S)     C T Corporation System, as representative
        330 N Brand Blvd, Suite 700, Attn: SPRS
        Glendale, CA  91203      USA

History:

| Type of Record | Date & Time Filed | File# | #PGS |
| -------------- | ----------------- | ----- | ---- |
| Initial | 9/10/2025 9:56:00 AM | 2025-253-3257-8 | 1 |