# Exhibit D

**Appendix A: Lois Miriam 13-Week Cash Flow Analysis**

| | Description | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Starting --> | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Operational Cash Outflows** | | | | | | | | | | | | | | |
| **Recurring Expenses** | | | | | | | | | | | | | | |
| PSE - Utilities | | $ 360 | | | | $ 360 | | | | $ 360 | | | | $ 360 |
| Linens | | | $ 1,700 | | | $ 1,000 | | | | $ 1,000 | | | | $ 1,000 |
| Web Hosting - Square Space | | | | $ 750 | | | | | | | | | | |
| Rent / NNN | | $ 7,520 | | $ 7,520 | | | | $ 7,520 | | | | $ 7,520 | | |
| Health Insurance | | $ 1,500 | | | $ 1,500 | | | | | $ 1,500 | | | $ 1,500 | |
| Payroll | Salary, Wages, Workers Comp, Tips and Payroll Taxes | | $ 28,000 | | $ 28,000 | | $ 28,000 | | $ 28,000 | | $ 28,000 | | $ 28,000 | |
| Trash/Recycling - Recology | | $ 575 | | | | $ 575 | | | | $ 575 | | | | $ 575 |
| AutoChlor Cleaning | | $ 1,100 | | | | $ 1,100 | | | | $ 1,100 | | | | $ 1,100 |
| Accounting | | | | $ 600 | | | | $ 600 | | | | $ 600 | | |
| Seattle City Light | | $ 700 | | | | | | | $ 700 | | | | | $ 700 |
| Phone/Internet | | $ 500 | | | | $ 500 | | | | $ 500 | | | | $ 500 |
| Business Insurance | | | | $ 1,800 | | | | $ 1,800 | | | | $ 1,800 | | |
| Merchant Fees | | $ 700 | | $ 200 | | | | $ 200 | | $ 700 | | | $ 200 | $ 700 |
| Licenses/Permits | | $ 1,000 | | | | $ 1,000 | | | | | | | | |
| B&O Taxes | | | $ 750 | | | | $ 750 | | | | $ 750 | | | |
| **Non-Recurring Expenses** | | | | | | | | | | | | | | |
| Restaurant Supplies | | $ 500 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 500 |
| Hood Cleaning | | | | $ 700 | | | | | | | | | | $ 700 |
| Professional Service/Contractors | | $ 500 | | $ 250 | | $ 500 | | $ 250 | | $ 500 | | $ 250 | | $ 1,000 |
| **Cost of Goods Vendors** | | | | | | | | | | | | | | |
| Cost of Goods - Beverage | | $ 6,000 | $ 6,000 | $ 5,500 | $ 6,000 | $ 5,500 | $ 6,000 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 |
| Cost of Goods - Food | | $ 3,900 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 |
| **Debt Payments & Other** | | | | | | | | | | | | | | |
| Sub V Trustee Fees | | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Cairncross & Hempelmann, P.S. | | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 |
| On Deck Secured Creditor | | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Owner Salary | | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| **Operational Cash Outflow** | | $ 27,380 | $ 42,775 | $ 23,645 | $ 40,325 | $ 19,060 | $ 41,075 | $ 22,895 | $ 39,825 | $ 18,060 | $ 40,575 | $ 22,195 | $ 41,325 | $ 18,710 |
| | | | | | | | | | | | | | | |
| **Operational Cash Inflows** | | | | | | | | | | | | | | |
| Net Sales | | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 |
| Tips Received | | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| **Operational Cash Inflows** | | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 |
| | | | | | | | | | | | | | | |
| **Net Cash Burn from Operations** | | $ 4,120 | $ (11,275) | $ 7,855 | $ (8,825) | $ 12,440 | $ (9,575) | $ 8,605 | $ (8,325) | $ 13,440 | $ (9,075) | $ 9,305 | $ (9,825) | $ 12,790 |
| | | | | | | | | 0 | | | | | | |
| **Financing Cash Inflows & Outflows** | | | | | | | | | | | | | | |
| Additional Cash Inflow | | | | | | | | | | | | | | |
| **Net Cash from Financing Activities** | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | |
| | | | | | | | | | | | | | | |
| **Total Net Cash Flow** | | $ 4,120 | $ (11,275) | $ 7,855 | $ (8,825) | $ 12,440 | $ (9,575) | $ 8,605 | $ (8,325) | $ 13,440 | $ (9,075) | $ 9,305 | $ (9,825) | $ 12,790 |
| | | | | | | | | | | | | | | |
| **Beginning Cash Balance** | | $ - | $ 4,120 | $ (7,155) | $ 700 | $ (8,125) | $ 4,315 | $ (5,260) | $ 3,345 | $ (4,980) | $ 8,460 | $ (615) | $ 8,690 | $ (1,135) |
| **Expected Ending Cash Balance** | | $ 4,120 | $ (7,155) | $ 700 | $ (8,125) | $ 4,315 | $ (5,260) | $ 3,345 | $ (4,980) | $ 8,460 | $ (615) | $ 8,690 | $ (1,135) | $ 11,655 |