The Honorable Timothy W. Dore
Chapter 11
Hearing Date: March 13, 2026
Hearing Time: 9:30 a.m.
Hearing Location: 700 Stewart St, Seattle, WA
8th Floor, Courtroom 8106
Response Date: March 6, 2026

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Case No. 26-10402-TWD |
|---|---|
| LOIS MIRIAM, LLC, | LIMITED RESPONSE OF SUBCHAPTER V TRUSTEE TO ENTRY OF FINAL CASH COLLATERAL ORDER |
| Debtor. | |

Geoffrey Groshong, Subchapter V trustee ("Trustee") for Lois Miriam, LLC,

debtor and debtor-in-possession ("Debtor"), files this limited response to Debtor's Emergency

Motion for Order Authorizing Interim Use of Cash Collateral [Dkt. # 11] (the "Cash Collateral

Motion") and entry of a final cash collateral order, as follows.

1. This case was commenced by the filing of an incomplete, voluntary

Chapter 11 bankruptcy petition on Monday, February 9, 2026 (the "Petition Date"). Debtor

elected to proceed under Subchapter V [Dkt. # 1, at 2]. Trustee was appointed February 10,

2026 [Dkt. # 3].

2. On February 13, 2026, this court entered its Order Granting Emergency

Motion for Order Authorizing Interim Use of Cash Collateral [Dkt. # 29] (the "Interim Cash

Collateral Order"), which authorized the Debtor's use of cash collateral pursuant to the proposed

budget that is attached to the declaration of Brian Smith in support of the Debtor's various

LIMITED RESPONSE OF SUBCHAPTER V TRUSTEE TO ENTRY OF
FINAL CASH COLLATERAL ORDER - 1

GROSHONG LAW PLLC
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

emergency motions, including the Cash Collateral Motion.  A true copy of that budget is attached as Exhibit 1 (the "Budget").

3.  The Budget includes a line item for "Sub V Trustee Fees" in the amount of $500 per week for each of the 13 weeks included in the Budget, which are labeled as "Week 1," "Week 2," and so on.  The Cash Collateral Motion, the Smith declaration in support of the Cash Collateral Motion, and the Budget do not identify what is meant by "Week 1" and so on.

4.  As of March 5, 2026, Trustee has not received the weekly payments authorized by the Interim Cash Collateral Order.

5.  Trustee respectfully requests that any final order authorizing the Debtor's continued use of cash collateral be conditioned on (a) Debtor's compliance with the Interim Cash Collateral by bringing the previously approved payments current, and (b) Debtor's ongoing compliance with any budget approved by a final order.

DATED this 6th day of March, 2025.


/s/ Geoffrey Groshong
Geoffrey Groshong
WSB No. 6124
Subchapter V Trustee

LIMITED RESPONSE OF SUBCHAPTER V TRUSTEE TO ENTRY OF
FINAL CASH COLLATERAL ORDER - 2

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON  98101

Case 26-10402-TWD    Doc 39    Filed 03/06/26    Ent. 03/06/26 10:50:07    Pg. 2 of 4

In re Lois Miriam, LLC
Case No. 26-10402-TWD

# Exhibit 1

Case 26-10402-TWD   Doc 39   Filed 03/06/26   Ent. 03/06/26 10:50:07   Pg. 4 of 4

**Appendix A: Lois Miriam 13-Week Cash Flow Analysis**

| | Description | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Starting --> | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Operational Cash Outflows** | | | | | | | | | | | | | | |
| **Recurring Expenses** | | | | | | | | | | | | | | |
| PSE - Utilities | | $ 360 | | | | $ 360 | | | | $ 360 | | | | $ 360 |
| Linens | | | $ 1,700 | | | $ 1,000 | | | | $ 1,000 | | | | $ 1,000 |
| Web Hosting - Square Space | | | | $ 750 | | | | | | | | | | |
| Rent / NNN | | $ 7,520 | | $ 7,520 | | | | $ 7,520 | | | | $ 7,520 | | |
| Health Insurance | | $ 1,500 | | | | $ 1,500 | | | | $ 1,500 | | | $ 1,500 | |
| Payroll | Salary, Wages, Workers Comp, Tips and Payroll Taxes | | $ 28,000 | | $ 28,000 | | $ 28,000 | | $ 28,000 | | $ 28,000 | | $ 28,000 | |
| Trash/Recycling - Recology | | $ 575 | | | | $ 575 | | | | $ 575 | | | | $ 575 |
| AutoChlor Cleaning | | $ 1,100 | | | | $ 1,100 | | | | $ 1,100 | | | | $ 1,100 |
| Accounting | | | | $ 600 | | | | $ 600 | | | | $ 600 | | |
| Seattle City Light | | $ 700 | | | | | | $ 700 | | | | | | $ 700 |
| Phone/Internet | | $ 500 | | | | $ 500 | | | | $ 500 | | | | $ 500 |
| Business Insurance | | | | $ 1,800 | | | | $ 1,800 | | | | $ 1,800 | | |
| Merchant Fees | | $ 700 | | $ 200 | | $ 700 | | $ 200 | | $ 700 | | $ 200 | | $ 700 |
| Licenses/Permits | | $ 1,000 | | | | $ 1,000 | | | | | | | | |
| B&O Taxes | | | $ 750 | | | | $ 750 | | | | $ 750 | | | |
| **Non-Recurring Expenses** | | | | | | | | | | | | | | |
| Restaurant Supplies | | $ 500 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 500 |
| Hood Cleaning | | | | $ 700 | | | | | | | | | | $ 700 |
| Professional Service/Contractors | | $ 500 | | $ 250 | | $ 500 | | $ 250 | | $ 500 | | $ 250 | | $ 1,000 |
| **Cost of Goods Vendors** | | | | | | | | | | | | | | |
| Cost of Goods - Beverage | | $ 6,000 | $ 6,000 | $ 5,500 | $ 6,000 | $ 5,500 | $ 6,000 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 |
| Cost of Goods - Food | | $ 3,900 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 | $ 3,550 |
| **Debt Payments & Other** | | | | | | | | | | | | | | |
| Sub V Trustee Fees | | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Cairncross & Hempelmann, P.S. | | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 | $ 775 |
| On Deck Secured Creditor | | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Owner Salary | | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| **Operational Cash Outflow** | | $ 27,380 | $ 42,775 | $ 23,645 | $ 40,325 | $ 19,060 | $ 41,075 | $ 22,895 | $ 39,825 | $ 18,060 | $ 40,575 | $ 22,195 | $ 41,325 | $ 18,710 |
| | | | | | | | | | | | | | | |
| **Operational Cash Inflows** | | | | | | | | | | | | | | |
| Net Sales | | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 | $ 26,500 |
| Tips Received | | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| **Operational Cash Inflows** | | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 |
| **Net Cash Burn from Operations** | | $ 4,120 | $ (11,275) | $ 7,855 | $ (8,825) | $ 12,440 | $ (9,575) | $ 8,605 | $ (8,325) | $ 13,440 | $ (9,075) | $ 9,305 | $ (9,825) | $ 12,790 |
| | | | | | | | | 0 | | | | | | |
| **Financing Cash Inflows & Outflows** | | | | | | | | | | | | | | |
| Additional Cash Inflow | | | | | | | | | | | | | | |
| **Net Cash from Financing Activities** | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | |
| | | | | | | | | | | | | | | |
| **Total Net Cash Flow** | | $ 4,120 | $ (11,275) | $ 7,855 | $ (8,825) | $ 12,440 | $ (9,575) | $ 8,605 | $ (8,325) | $ 13,440 | $ (9,075) | $ 9,305 | $ (9,825) | $ 12,790 |
| | | | | | | | | | | | | | | |
| **Beginning Cash Balance** | | $ - | $ 4,120 | $ (7,155) | $ 700 | $ (8,125) | $ 4,315 | $ (5,260) | $ 3,345 | $ (4,980) | $ 8,460 | $ (615) | $ 8,690 | $ (1,135) |
| **Expected Ending Cash Balance** | | $ 4,120 | $ (7,155) | $ 700 | $ (8,125) | $ 4,315 | $ (5,260) | $ 3,345 | $ (4,980) | $ 8,460 | $ (615) | $ 8,690 | $ (1,135) | $ 11,655 |