# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In Re:

LOIS MIRIAM, LLC

Debtor-in-possession.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CHAPTER 11
CASE NO. 26-10402-TWD

JUDGE TIMOTHY W. DORE

PRE-STATUS CONFERENCE REPORT
PURSUANT TO 11 U.S.C. §1188(c)

*****************************************************************************

COMES NOW the Debtor-in-possession, Lois Miriam, LLC (hereinafter "Debtor") by and through

counsel and hereby submits the required pre-status conference report pursuant to 11 U.S.C. §1188

(c). The Debtor states the following:

1) On February 9, 2026, the Debtor-in-Possession (herein "Debtor") filed a voluntary

petition for relief under Chapter 11, Subchapter V. The Debtor is operating its

business and managing its affairs as a debtor-in-possession under 11 U.S.C. §§ 1107

and 1108.

2) The status conference required by 11 U.S.C. §1188(a) has been scheduled for

March 27, 2026, at 11:00 a.m.

PRE-STATUS CONFERENCE REPORT
PURSUANT TO 11 U.S.C. §1188(C) - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

4901-5500-3031, v. 1

3) The §341 Meeting of Creditors is scheduled for March 18, 2026, at 10:30 a.m. The Debtor has prepared and filed the Balance of Schedules and Statement of Financial Affairs (Dkt. 37).

4) The Debtor is seeking to employ Cairncross & Hempelmann and should have the ex parte order entered prior to the status conference, pending US Trustee approval.

5) The Debtor will seek to employ its CPA and its bookkeeper for the estate.

6) The Debtor will file a motion to assume its current lease.

7) The monthly report for the period of February 9-28, 2026, will be filed prior to the status conference.

8) The Debtor anticipates filing a plan of reorganization, seeking a consensual confirmation under 11 U.S.C. § 1191(a) and maximizing payment to unsecured creditors.

9) The Debtor has authorization to use cash collateral, and a final Order Granting Motion for Order Authorizing Use of Cash Collateral was entered on March 11, 2026 (Dkt. 41), and extends use through May 11, 2026.

10) The Debtor is currently running at a profit and expects a meaningful distribution to unsecured creditors.

11) The Debtor anticipates timely filing its Plan of Reorganization well in advance of the May 11, 2026, deadline, and is currently modeling out the plan.

PRE-STATUS CONFERENCE REPORT
PURSUANT TO 11 U.S.C. §1188(C) - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

4901-5500-3031, v. 1

Case 26-10402-TWD    Doc 42    Filed 03/13/26    Ent. 03/13/26 14:28:58    Pg. 2 of 3

DATED this 13th day of March, 2026.

/s/ *Steven M. Palmer*
Steven M. Palmer WSBA No. 48823
E-mail: spalmer@cairncross.com
Ryan R. Cole, WSBA No. 62066
Email: rcole@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Debtor

PRE-STATUS CONFERENCE REPORT
PURSUANT TO 11 U.S.C. §1188(C)  - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

4901-5500-3031, v. 1