Hon. Timothy W. Dore
Chapter 11, Subchapter V
Location: Seattle – Courtroom 8106
Hearing Date: May 15, 2026
Hearing Time: 9:30 a.m.
Response Date: May 8, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

LOIS MIRIAM LLC,

Debtor.

NO. 26-10402-TWD

**NOTICE OF HEARING ON DEBTOR'S MOTION TO ASSUME AN UNEXPIRED LEASE**

PLEASE TAKE NOTICE that Lois Miriam LLC (the "Debtor") has filed a Motion for an order authorizing Debtor to assume the unexpired lease between McGraw Building LLC and Debtor (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Motion IS SET FOR HEARING as follows:

JUDGE: Hon. Timothy Dore        DATE: May 15, 2026

PLACE: U.S. Courthouse          TIME: 9:30 a.m.
       700 Stewart Street
       Courtroom 8106
       Seattle, WA 98101

IF YOU OPPOSE THE MOTION, you must file your written response(s) with the Clerk's office of the Bankruptcy Court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is May 8, 2026.

NOTICE OF HEARING ON DEBTOR'S MOTION TO
ASSUME AN UNEXPIRED LEASE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 : fax 206 587 2308

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION WITHOUT FURTHER NOTICE, and strike the hearing.

If you wish to receive a copy of the Motion, proposed order, or declaration, you may contact Luci Brock at lbrock@cairncross.com or by telephone at (206) 587-0700.

DATED this 22nd day of April, 2026.

CAIRNCROSS & HEMPELMANN, P.S.


/s/Steven M. Palmer
Steven M. Palmer, WSBA No. 48823
E-mail: spalmer@cairncross.com
Ryan R. Cole, WSBA No. 62066
E-mail: rcole@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
*Attorneys for Debtor*

NOTICE OF HEARING ON DEBTOR'S MOTION TO
ASSUME AN UNEXPIRED LEASE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 · fax 206 587 2308

4904-3972-4708, v. 2