In re:

LOIS MIRIAM LLC,

        Debtor.

NO. 26-10402-TWD

**ORDER GRANTING DEBTOR'S
MOTION TO ASSUME UNEXPIRED
LEASE**

THIS MATTER came before the Court on the *Debtor's Motion to Assume An Unexpired Lease* (the "**Motion**") filed by Lois Miriam LLC (the "**Debtor**"), debtor-in-possession in this Bankruptcy Case. Any capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

THE COURT has reviewed and considered the Motion, the *Declaration of Brian Smith in Support of Debtor's Motion to Assume An Unexpired Lease* filed therewith, any and all exhibits thereto, and all other relevant pleadings and papers filed in this action.

The Court now deems itself fully advised and ORDERS as follows:

1.      The Motion is GRANTED.

ORDER GRANTING DEBTOR'S MOTION TO ASSUME
UNEXPIRED LEASE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 : fax 206 587 2308

2. The Lease Agreement is ASSUMED.

/// END OF ORDER ///

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.


_s/Steven M. Palmer_
Steven M. Palmer, WSBA No. 48823
E-mail: spalmer@cairncross.com
Ryan R. Cole, WSBA No. 62066
E-mail: rcole@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
*Attorneys for Debtor*

ORDER GRANTING DEBTOR'S MOTION TO ASSUME
UNEXPIRED LEASE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 · fax 206 587 2308

4908-1567-8114, v. 1