Hon. Timothy W. Dore
Chapter 11, Subchapter V
Location: Seattle – Courtroom 8106
Hearing Date: May 15, 2026
Hearing Time: 9:30 a.m.
Response Date: May 8, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

LOIS MIRIAM, LLC,

          Debtor.

NO. 26-10402-TWD

**PROOF OF SERVICE RE MOTION TO ASSUME LEASE**

I, Luci Brock, hereby certify that on April 22, 2026, I caused the following to be filed electronically with the Clerk of the Court using the CM/ECF system:

- Motion to Assume Lease (ECF No. 55);
- Notice of Hearing on Debtor's Motion to Assume Lease (ECF No. 55-1);
- Proposed Order Granting Motion to Assume Lease (ECF No. 55-2); and
- Declaration of Brian Smith (ECF No. 55-3).

As a result of filing these document(s) with the Clerk of the Court using the CM/ECF system, electronic notification of such filing was sent to the following recipients:

Ryan Richard Cole on behalf of Debtor Lois Miriam LLC
rcole@cairncross.com, rwang@cairncross.com;rwang@ecf.courtdrive.com

Dina Yunker Frank on behalf of Creditor Washington State Taxing Agencies
BCUYunker@atg.wa.gov

PROOF OF SERVICE RE MOTION TO ASSUME
LEASE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587-0700 fax 206 587-2308

Case 26-10402-TWD   Doc 56   Filed 04/22/26   Ent. 04/22/26 15:13:50   Pg. 1 of 5

Geoffrey Groshong
trustee@groshonglaw.com, kalen@groshonglaw.com;cgg11@trustesolutions.net

Matthew J.P. Johnson on behalf of US Trustee United States Trustee
matthew.j.johnson@usdoj.gov, Young-Mi.Petteys@usdoj.gov;Yash.J.Chohan@usdoj.gov;Cori.Gustafson@usdoj.gov

Steven M Palmer on behalf of Debtor Lois Miriam LLC
SPalmer@Cairncross.com,
curtisandcasteelmyecfmail@gmail.com;Palmer.StevenM.R76339@notify.bestcase.com;
CurtisCasteelPalmerPLLC@jubileebk.net;lbrock@cairncross.com;SMoody@Cairncross.com

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

I further certify that on April 22, 2026, I caused to be served via U.S. First Class Mail, postage prepaid, a true and correct copy of the foregoing documents on the following parties: *see Mailing Matrix attached hereto as **Exhibit A**.*

DATED this 22nd day of April, 2026.

/s/ Luci Brock
Luci Brock, Legal Assistant
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Email: lbrock@cairncross.com

PROOF OF SERVICE RE MOTION TO ASSUME
LEASE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587-0700 fax 206 587-2308

4911-5314-7792, v. 3

# Exhibit A

Label Matrix for local noticing
0981-2
Case 26-10402-TWD
Western District of Washington
Seattle
Tue Apr 21 12:55:10 PDT 2026

Cairncross & Hempelmann PS
524 2nd Ave Ste 500
Seattle, WA 98104-2323

Lois Miriam LLC
3706 42nd Ave SW
Seattle, WA 98116-3851

U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101-4441

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Andrea Memovic Kendrick
3212 NW 70th St
Seattle, WA 98117-6129

Andrew Lombardo
8 Smith St
Seattle, WA 98109-1832

Block, Inc.
Attn: Arbitration Agreement
1955 Broadway, Ste 600
Oakland, CA 94612-2205

Brian Smith
3706 42nd Ave SW
Seattle, WA 98116-3851

CT Corporation System
as Representative
330 N Brand BLVD, STE 700
ATTN: SPRS
Glendale, CA 91203-2336

Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298

Department of Revenue
Treasury Management
PO Box 47464
Olympia, WA 98504-7464

Ewing and Clark
2110 Western Ave
Seattle, WA 98121-2129

Hefty Games LLC
825 NE 75th St
Seattle, WA 98115-4207

Internal Revenue Services
Centralized Insolvency Op.
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Mark Butler
3033 NW 67th St
Seattle, WA 98117-6216

McGraw Building LLC
c/o The Empire Group
155 Sansome St, Ste 850
San Francisco, CA 94104-3610

Motley Family Trust
4044 Vista Way
Davis, CA 95618-4329

ODK Capital LLC
4700 W Daybreak Pkwy., Ste 200
South Jordan, UT 84009-5133

Sam Stevens
10413 NE 43rd St
Kirkland, WA 98033-7915

Skyler Bloxham
10 Smith St
Seattle, WA 98109-1832

Square Financial Services
3165 E Millrock Dr, Ste 160
Salt Lake City, UT 84121-5987

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101-4438

Vox Funding LLC
100 Park Avenue
30th Floor
New York, NY 10017-5578

WA Department of Revenue
2101 4th Ave Suite 1400
Seattle, WA 98121-2300

Xylon Saltzman
3432 NW 64th St
Seattle, WA 98107-2654

Geoffrey Groshong
600 Stewart Street
Ste 1300
Seattle, WA 98101-1255

Ryan Richard Cole
Cairncross & Hempelmann, P.S.
524 Second Avenue
Suite 500
Seattle, WA 98104-2323

Steven M Palmer
Cairncross & Hempelmann, PS
524 Second Avenue, Ste 500
Seattle, WA 98104-2323

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Washington State Taxing Agencies | (d)ODK Capital, LLC | End of Label Matrix |
| | 4700 W Daybreak Pkwy, Ste 200 | Mailable recipients 30 |
| | South Jordan, UT 84009-5133 | Bypassed recipients 2 |
| | | Total 32 |