UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

LOIS MIRIAM, LLC,

               Debtor.

NO. 26-10402-TWD

**ORDER GRANTING APPLICATION TO EMPLOY ACCMAN, INC. AS ACCOUNTANT FOR DEBTOR**

THIS MATTER came before the Court on the Debtor's Application to Employ AccMan, Inc. as Accountant (the "**Application**").

THE COURT has reviewed and considered the Application, the Declaration of Barbara Petty of AccMan, Inc. ("**AccMan**"), any and all exhibits thereto, and all other relevant pleadings and papers filed in this action and the Trustee having no objection, the Court now deems itself fully advised and FINDS THAT:

A.      No notice of hearing is required to be given and that no adverse interest or conflict of interest exists and that the employment of AccMan as accountant for Debtor is in the best interest of the estate.

ORDER GRANTING APPLICATION TO
EMPLOY ACCMAN, INC. AS ACCOUNTANT
FOR DEBTOR - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

Case 26-10402-TWD    Doc 58    Filed 05/04/26    Ent. 05/04/26 10:30:05    Pg. 1 of 2

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Application is GRANTED.

2. Debtor is hereby AUTHORIZED to employ AccMan as accountant for Debtor in the matter described above and under the terms and conditions more fully set forth in the Debtor's Application. Pursuant to 11 U.S.C. §328(a), Debtor may pay AccMan for actual work done not to exceed $650 per month without seeking additional authorization obtained from this Court.

/// END OF ORDER ///

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

 /s/ Steven M. Palmer
Steven M. Palmer, WSBA No. 48823
E-mail: spalmer@cairncross.com
Ryan R. Cole, WSBA No. 62066
E-mail: rcole@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Attorneys for Debtor

ORDER GRANTING APPLICATION TO
EMPLOY ACCMAN, INC. AS ACCOUNTANT
FOR DEBTOR - 2

4916-6676-6233, v. 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

Case 26-10402-TWD    Doc 58    Filed 05/04/26    Ent. 05/04/26 10:30:05    Pg. 2 of 2