

600 Stewart Street, Suite 1300
Seattle, Washington 98101
206.508.0585

May 14, 2026

Geoffrey Groshong
E-mail: geoff@groshonglaw.com
Direct: 206.538.2261

**BY CM-ECF ONLY**

The Honorable Timothy W. Dore
United States Bankruptcy Court
700 Stewart Street, Suite 6301
Seattle, Washington 98101

Subject:     Lois Miriam, LLC, Debtor
             Case No. 26-10402
             Notice of Non-Appearance on May 15, 2026

Dear Judge Dore:

I am the Subchapter V trustee for Lois Miriam, LLC. I am scheduled to appear in Pierce County Superior Court at 9:00 a.m. on Friday, May 15, 2026, and will be unable to attend the hearing on the Debtor's Emergency Motion for an Order to Extend Prior Authorized Use of Cash Collateral [Dkt. # 70] set for May 15, 2026, at 9:30 a.m. pursuant to the order shortening time [Dkt. # 74] entered May 14, 2026.

In my capacity as the Subchapter V trustee, I have no opposition to the requested relief.

Best regards,

Geoffrey Groshong

www.groshonglaw.com